# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| Umer Ur Rahman,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-14451-DJB |

**Praecipe to Withdraw Document 1's Attachments**

To the Clerk of Court:

    Please withdraw all the documents attached to the Voluntary Petition filed at ECF No. 1. Thank you.

Date: November 4, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com