# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Umer Ur Rahman,<br><br>                    Debtor. | Case No. 25-14451-DJB<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on November 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Aidvantage
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Arvest Bank
Attn: Arvest Mortgage
500 Broadway St
Little Rock, AR 72201-3333

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
c/o Ais Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ccb/saks
Po Box 182120
Columbus, OH 43218

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
Saint Louis, MO 63179

**Dept of Ed/Aidvantage**
P.O. Box 300001
Greenville, TX 75403

**Goldman Sachs Bank USA**
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**Internal Revenue Service**
Centralized Insolvency Operation PO Box 7346
Philadelphia, PA 19101-7346

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**Mohela/dofed**
633 Spirit Drive
Chesterfield, MO 63005

**Nelnet**
Attn: Claims
PO Box 82505
Lincoln, NE 68501

**Nordstrom FSB**
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Synchrony Bank/Gap**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

**Synchrony Bank/Lowes**
Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/PayPal Credit**
Attn: Bankruptcy
P.O. Box 965064
Orlando, FL 32896

**Synchrony Bank/TJX**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony/Ashley Furniture Homestore**
Bankruptcy
PO Box 965060
Orlando, FL 32896

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Wells Fargo Bank, N.A.**
Attn: Bankruptcy
P.O. Box 393
Minneapolis, MN 55480