**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　UMER UR RAHMAN<br>　　　　Debtor(s)<br>ARVEST BANK<br>　　　　Movant<br>v.<br>UMER UR RAHMAN<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 25-14451-djb |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Umer Ur Rahman
1030 Washington Pl
Chesterbrook, PA 19087-5880

Umer Ur Rahman
1030 Washington Pl
Chesterbrook, PA 19087-5880
*Debtor(s)*


Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


Respectfully Submitted:
Stern & Eisenberg, PC



*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: January 28, 2026