IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Umer Ur Rahman<br>Umer Ur Rahman<br><br>     Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 25-14451-djb |

## CERTIFICATE OF NO RESPONSE

     I, Daniel P. Jones, attorney for Arvest Bank, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

     In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by February 11, 2026. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Umer Ur Rahman<br>Umer Ur Rahman<br><br>      Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 25-14451-djb |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on February 23, 2026 via First Class Mail.

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Umer Ur Rahman
1030 Washington Pl
Chesterbrook, PA 19087-5880

Umer Ur Rahman
1030 Washington Pl
Chesterbrook, PA 19087-5880
**Debtor(s)**

STERN & EISENBERG, PC
By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant