UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re: <br>     UMER UR RAHMAN <br>         Debtor(s) <br>     ARVEST BANK <br>         Movant <br>     v. <br>     UMER UR RAHMAN <br>         Debtor(s) <br>     KENNETH E. WEST <br>         Trustee <br>         Respondent(s) | Chapter 13 <br><br> Case Number: 25-14451-djb |
|---|---|

**ORDER**

      AND NOW, this _____ day of _____ , 2026, upon the motion of Arvest Bank, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Arvest Bank (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  1813 SW P<small>INE</small> A<small>VE</small>, B<small>ENTONVILLE</small>, AR 72713.

BY THE COURT:

_____

DEREK J. BAKER

UNITED STATES BANKRUPTCY JUDGE

**Date: February 25, 2026**