## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>    UMER UR RAHMAN<br>        Debtor(s)<br>    ARVEST BANK<br>        Movant<br>v.<br>    UMER UR RAHMAN<br>        Debtor(s)<br>    IQRA SAJID<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-14451-djb |

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF

I, _____ Chris Moore _, Officer _____, declare under penalty of perjury as

follows:

I am a qualified representative of Arvest Bank, (*"Servicer"*), current mortgage servicer for
Arvest Bank.(*"Creditor"*).

1. This Affidavit is provided in support of Creditor's Motion for Relief from Automatic Stay (the
   *"Motion"*).

2. As part of my responsibilities, I have personal knowledge of and am familiar with the types of
   records maintained by Servicer in connection with the loan that is the subject of the Motion and
   the procedures for creating those types of records. I have access to and have reviewed the books,
   records and files of Servicer that pertain to the relevant loan and extensions of credit given to
   Debtor(s) concerning the property securing such loan.

3. The information in this Affidavit is taken from Servicer's business records related to the subject
   loan, and the records are: (a) made at or near the time of the occurrence of the matters recorded
   by persons with personal knowledge of the information in the business record, or from
   information transmitted by persons with personal knowledge; (b) kept in the course of Servicer's
   regularly conducted business activities; and (c) it is the regular practice of Servicer to make such
   records.

4. The Debtor(s), has/have executed and delivered or is/are otherwise obligated with respect to that
   certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain Deed of
   Trust referenced in the Motion (the "Deed of Trust"), all obligations of the Debtor(s) under and

with respect to the Note and the Deed of Trust are secured by the property referenced in the Motion.

5. As of July 1, 2026, there are one or more defaults in paying Debtor(s) post-petition amounts due with respect to the Note.

6. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of July 1, 2026:

## POST-PETITION PAYMENTS IN DEFAULT

| | |
|---|---|
| Monthly Payments in Default........................ | 11/01/2025 to 06/01/2026 |
| Monthly payments ($3,659.34 x 8) | $29,274.72 |
| Monthly Payments in Default........................ | 07/01/2026 to 07/01/2026 |
| Monthly payments ($3,911.18 x 1) | $3,911.18 |
| Total Amounts Due as of July 1, 2026: | $33,185.90 |

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _July_, 20_26_.

By: _Chris Moore_

Name: _Chris Moore_

Title: _Officer_

Date: _7/20/26_