United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 25-14451-djb

Umer Ur Rahman                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 4

Date Rcvd: Jul 30, 2026                       Form ID: 155                            Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Umer Ur Rahman, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |
| 15080447 | + | Arvest Bank, C/O Steven K. Eisenberg, Esquire, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15068767 | | Iqra Sajid, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |
| 15068639 | + | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001, Pennsylvania Department of 17120-0001 |
| 15068772 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15068641 | | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15068642 | | Placeholder Creditor, Iqra Sajid, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |
| 15068640 | | Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15068780 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15068643 | | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15068644 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15068629 | | Email/Text: bankruptcy@arvest.com | Jul 31 2026 02:02:00 | Arvest Bank, Attn: Arvest Mortgage, 500 Broadway St, Little Rock, AR 72201-3333 |
| 15068628 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2026 02:04:00 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15101900 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2026 02:04:00 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 15084891 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:03:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15068757 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:04:00 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15089525 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:15 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068630 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:03:45 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15068631 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:14:23 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15072847 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:03:53 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15073265 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:03:53 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 73118-7901 |
| 15077840 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:03:59 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15068632 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 31 2026 02:02:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15068633 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2026 02:14:15 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15068763 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2026 02:14:15 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15068764 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2026 02:04:00 | Dept of Ed/Aidvantage, P.O. Box 300001, Greenville, TX 75403-3001 |
| 15068765 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 31 2026 02:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15068634 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 02:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15086979 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15089521 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068635 | Email/Text: EBN@Mohela.com | Jul 31 2026 02:02:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15068636 | Email/Text: EBN@Mohela.com | Jul 31 2026 02:02:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15068637 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 31 2026 02:02:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 15068638 | Email/Text: bankruptcy@td.com | Jul 31 2026 02:02:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15081614 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Nordstrom, Inc., Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15068773 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2026 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15088850 | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2026 02:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15090948 | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 31 2026 02:02:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15089938 | + Email/PDF: ebn_ais@aisinfo.com | Jul 31 2026 02:04:01 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15068775 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:58 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15068776 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15068777 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Synchrony Bank/PayPal Credit, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15068778 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:04:01 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15068779 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:03:45 | Synchrony/Ashley Furniture Homestore, |

| | | | Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15084637 | | Email/Text: bncmail@w-legal.com | |
| | | Jul 31 2026 02:02:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15068783 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | |
| | | Jul 31 2026 02:03:45 | Wells Fargo Bank, N.A., Attn: Bankruptcy, P.O. Box 393, Minneapolis, MN 55480-0393 |
| 15087739 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Jul 31 2026 02:03:59 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15068758 | *P++ | ARVEST BANK, P O BOX 11110, FORT SMITH AR 72917-1110, address filed with court:, Arvest Bank, Attn: Arvest Mortgage, 500 Broadway St, Little Rock, AR 72201-3333 |
| 15068756 | * | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15068759 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15068760 | *+ | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15068761 | *+ | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15068762 | * | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15068766 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068768 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15068769 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15068770 | *+ | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 15068771 | * | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15068774 | * | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15068781 | * | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15068782 | * | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | |
| | on behalf of Creditor Arvest Bank djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                    Page 4 of 4

Date Rcvd: Jul 30, 2026                                 Form ID: 155                                   Total Noticed: 47

MICHAEL A. CIBIK

on behalf of Debtor Umer Ur Rahman help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG

on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )
   Umer Ur Rahman            )             Case No. 25−14451−djb
                     )
                     )
   Debtor(s).                )             Chapter: 13
                     )
                     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 30, 2026                               For The Court

                                              Derek J Baker
                                              Judge, United States Bankruptcy Court