**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

UMER UR RAHMAN

**Chapter:**  13

**Claim Number:** 1

**Case Number:** 25-14451

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only        [√] Payment only        [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

P.O. Box 4360

Houston, TX 77210

TO:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

PO Box 661381

Dallas,TX 75266-1381

Date:  08/12/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

UMER UR RAHMAN

**Case Number:** 25-14451

**Debtor(s)**

**Certificate of Service**

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
MICHAEL A CIBIK
HELP@CIBIKLAW.COM

Trustee
KENNETH E WEST
ecfemails@ph13trustee.com

/s/ Amit Rohit

Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com